UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Angelica Maria Suescun Contreras,

                              Petitioner,

                -against-

Judith Almodovar et al.,

                              Respondents.

26-CV-1964 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court is in receipt of the habeas corpus petition. Dkt. 1. The petition is partially granted as follows:

Respondents are enjoined from transferring petitioner to any location outside the Southern District of New York, the Eastern District of New York, or the District of New Jersey absent this Court's prior approval.

Respondents are ordered to file their response to the pending petition for habeas corpus by **March 11, 2026 at 5:00 PM**. That briefing should address (1) the basis for petitioner's detention, (2) the circumstances of the arrest, (3) whether petitioner has previously been detained in immigration custody and released (and under what authority), (4) what process petitioner was given, and (5) depending on the basis for detention, whether it is distinguishable from the issue addressed in the Court's prior ruling in *J.G.O. v. Francis*, 2025 WL 3040142 (S.D.N.Y. Oct. 28, 2025). Petitioner may submit a reply by **March 13, 2026 at 5:00 PM**.

The Clerk of Court is respectfully directed to send a copy of this order to Jeffrey.Oestericher@usdoj.gov.

SO ORDERED.

Dated: March 10, 2026
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge