UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angelica Maria Suescun Contreras,<br><br>                              Petitioner,<br><br>              -against-<br><br>Judith Almodovar et al.,<br><br>                              Respondents. | 26-CV-1964 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

1. Counsel for respondents is directed to enter a notice of appearance to ensure notification of future orders. The Clerk of Court is respectfully directed to email a copy of this order to tudor.neagu@usdoj.gov.

2. In their letter, respondents assert that ICE used its discretion to (1) revoke petitioner's release and (2) to detain her, given her recent criminal charges. However, no supporting affidavit attesting to these facts was provided. Within seven days of this order, respondents are directed to submit an affidavit or sworn declaration from an individual with personal knowledge of the circumstances surrounding the decision to revoke petitioner's parole and to detain petitioner. In addition to providing general details of the circumstances surrounding the detention, it should state (1) whether a warrant was issued prior to petitioner's arrest and (2) whether petitioner was detained after an individualized determination because of the alleged criminal conduct, or without an individualized determination because detention was thought to be mandatory.

   Respondents should further provide the legal basis for their position that an IJ bond hearing, rather than release, would be the appropriate remedy in this case if *J.G.O.* is applicable. Courts in this district have gone different ways on this question, but what's missing is a principled explanation as to why, despite release being the conventional remedy on a habeas petition, the appropriate remedy here would be a bond hearing instead.

3. Petitioner may respond to any filing within two business days.

SO ORDERED.

Dated: March 12, 2026
New York, New York

                                                      ARUN SUBRAMANIAN
                                                United States District Judge