UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Angelica Maria Suescun Contreras, | |
| Petitioner, | 26-CV-1964 (AS) |
| -against- | |
| Judith Almodovar et al., | ORDER |
| Respondent. | |

ARUN SUBRAMANIAN, United States District Judge:

For the reasons stated on the record during the April 2, 2026, hearing, the petition is GRANTED and petitioner is ordered RELEASED. Respondents are directed to release petitioner from custody no later than 2:45 p.m. ET today, April 2, 2026.

SO ORDERED.

Dated: April 2, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge