**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 2, 2026

**Via ECF**
Honorable Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, New York 10007

Re: *Angelica Maria Suescun Contreras v. Judith Almodovar et al.*, No. 26 Civ. 1964 (AS)

Dear Judge Subramanian:

This Office represents the respondents (the "Government") in this habeas corpus action. The Government writes to advise the Court that Petitioner was released today at 1:53 p.m., by ASDDO Gilda Fasce, into the care of her immigration attorney.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: *s/ Tudor M. Neagu*
TUDOR M. NEAGU
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (646) 906-5441
E-mail: tudor.neagu@usdoj.gov
*Attorney for Respondents*

cc: Counsel of Record (via ECF)

The Clerk of Court is respectfully directed to enter judgment for petitioner and close the case.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 3, 2026