**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ANGELICA MARIA SUESCUN CONTRERAS,

                              Petitioner,                  26 **CIVIL** 1964 (AS)

             -against-                         **JUDGMENT**

ALMODOVAR ET AL
                              Respondents.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated April 2, 2026 and Memo Endorsement dated April 3, 2026, the

petition is GRANTED and petitioner is ordered RELEASED. Accordingly, judgment is entered

for the Petitioner and the case is closed.

**DATED:**  New York, New York
          April 6, 2026

                                  **TAMMI M. HELLWIG**

                                  _____
                                    **Clerk of Court**

                  **BY:**

                                _____
                                  **Deputy Clerk**